IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hense, Kelly

Printed: 11/18/08

Case Number: 08 B 19984
Judge: Goldgar, A. Benjamin
Filed: 7/31/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 7, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 800.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 747.20 |
| Trustee Fee: |  | 52.80 |
| Other Funds: |  | 0.00 |
| Totals: | 800.00 | 800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 747.20 |
| 2. | Nuvell Credit Company LLC | Secured | 0.00 | 0.00 |
| 3. | Citicorp Mortgage Inc | Secured | 0.00 | 0.00 |
| 4. | Citicorp Mortgage Inc | Secured | 10,604.00 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 2,602.10 | 0.00 |
| 6. | Target National Bank | Unsecured | 1,144.75 | 0.00 |
| 7. | Discover Financial Services | Unsecured | 125.18 | 0.00 |
| 8. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 9. | Falls Collection Service | Unsecured |  | No Claim Filed |
| 10. | Nicor Gas | Unsecured |  | No Claim Filed |
| 11. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 12. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 13. | TNB Card | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,950.03 | $ 747.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 52.80 |
|  | $ 52.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Hense, Kelly

Printed: 11/18/08

Case Number:  08 B 19984
Judge:  Goldgar, A. Benjamin
Filed:  7/31/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

